Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
NICK KOUDIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KOUDIS, | Case No.: 2:19-cv-04080 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | **Demand for Jury Trial** |
| REAL ESTATE HEAVEN INTERNATIONAL, INC. DBA THE COLLEGE OF REAL ESTATE, | |
| Defendant. | |

## **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff NICK KOUDIS by and through his undersigned counsel, brings this

Complaint against Defendant REAL ESTATE HEAVEN INTERNATIONAL, INC.

DBA THE COLLEGE OF REAL ESTATE for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff NICK KOUDIS ("Koudis") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Koudis' original copyrighted works of authorship.

2. Koudis is an American photographer known for images that have a double meaning that poke fun at social insanity. Almost all of his photographs are created using special effects such as miniature or oversized props, or have been digitally manipulated in Photoshop.

3. Koudis spent twenty-five years shooting advertising images in New York City. In 1995 Koudis was a charter photographer at Photodisc, now Getty Images. As such, he was a pioneer of royalty free stock photography. His stock images have since been published widely. Since 2000, he has been photographing celebrities in Los Angeles, where he now resides. His work has received the One Show award, Andy Awards for advertising and PDN/Nikon Awards. He has photographed multiple covers for Time magazine.

4. Defendant REAL ESTATE HEAVEN INTERNATIONAL, INC. DBA THE COLLEGE OF REAL ESTATE ("TCORE") is a company that offers various courses in the field of real estate in California.

**SRIPLAW**
LOS ANGELES, CALIFORNIA

5.  Koudis alleges that TCORE copied Koudis' copyrighted Work from the internet in order to advertise, market and promote its business activities. TCORE committed the violations alleged in connection with TCORE's business for purposes of advertising and promoting sales to the public in the course and scope of TCORE's business.

**JURISDICTION AND VENUE**

6.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.  This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.  TCORE is subject to personal jurisdiction in California.

9.  Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Real Estate Heaven International, Inc. dba The College of Real Estate is a California Corporation with its principal place of business at 898 N Fair Oaks Avenue, Suite A, Pasadena, CA 91103, and can be served by serving its Registered Agent, Chen Zhou, 898 N Fair Oaks Ave, Suite A-1, Pasadena, CA 91103.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2004, Koudis created a photograph entitled "Doublemint Twins on Bicycles", which is shown below and referred to herein as the "Work".



12. Koudis registered the Work with the Register of Copyrights on January 19, 2015 and was assigned the registration number VA 1-955-048. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Koudis was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. TCORE has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, TCORE copied the Work.

16. TCORE copied Koudis' copyrighted Work without Koudis' permission.

17. After TCORE copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its real estate school.

18. TCORE copied and distributed Koudis' copyrighted Work in connection with TCORE's business for purposes of advertising and promoting TCORE's business, and in the course and scope of advertising and selling products and services.

19. Koudis' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. TCORE committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Koudis never gave TCORE permission or authority to copy, distribute or display the Work at issue in this case.

22. Koudis notified TCORE of the allegations set forth herein on January 30, 2019. To date, to the parties have failed to resolve this dispute.

# COUNT I
# COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Koudis owns a valid copyright in the Work at issue in this case.

25. Koudis registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. TCORE copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Koudis' authorization in violation of 17 U.S.C. § 501.

27. TCORE performed the acts alleged in the course and scope of its business activities.

28. TCORE's acts were willful.

29. Koudis has been damaged.

30. The harm caused to Koudis has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Real Estate Heaven International, Inc. dba The College of Real Estate that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

SRIPLAW
LOS ANGELES, CALIFORNIA

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: May 10, 2019

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Nick Koudis