# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-955-048**

**Effective Date of Registration:**
January 19, 2015

## Title

**Title of Work:** Photographs entitled Doublemint Twins on Bicycles

**Content Title:** Photographs by Nick Koudis, contains 3 photos, each depicting Doublemint Twins on Bicycles.

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** January 15, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Nick Koudis
  **Author Created:** photograph(s) and 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1957

## Copyright Claimant

**Copyright Claimant:** Nick Koudis
1159 N Vista St, W Hollywood, CA, 90046, United States

## Rights and Permissions

**Name:** Nick Koudis
**Email:** nick@koudis.com
**Telephone:** (323)874-1444
**Address:** 1159 N Vista St
W Hollywood, CA 90046 United States

## Certification

Page 1 of 2