# Exhibit 2



Prices will increase on June 22, 2018, don't miss out. ENROLL TODAY

the C.O.R.E. College of Real Estate

HOME | ABOUT | COURSES | CALENDAR | PHOTOS | BLOG

0 items - $0.00

# Doublemint-Major2

DOUBLEMAJOR
DOUBLEMAJOR

## QUICK LINKS

Is a Career in Real Estate Right for You?
How to get your California Real Estate License
Courses

## CONTACT US

**Email** info@collegeofrealestate.net
**Phone Number** (888) 512-C.O.R.E.

View larger map
The College of Real Estate
Monterey Rd
Huntington Dr
Google
Map data ©2018 Google
Terms of Use
Report a map error

Copyright © The College of Real Estate

Terms & Conditions Privacy Policy



  

Launch your real estate career for less than the cost of your mobile phone!

Call **(888) 512-C.O.R.E.** to enroll.

COURSE CATALOG

Design Your Lifestyle

Break free from the vicious cycle of working hard and not what you deserve. Launch a career limited only by how much work you are willing to put into it. Complete all required courses to earn your California Bureau of Real Estate Salesperson License with us!

Double Major (2 Licenses)

SAVE OVER 35% when you bundle both the California Real Estate Salesperson and Mortgage Broker NMLS Certification course. Pay one low tuition fee and complete both courses in one convenient location!

School Calendar

The Calendar allows instructors and students to keep track of the course offerings, final exam dates, and special events such as Mobile Live

https://collegeofrealestate.net/arcadia-real-estate-school/

# GET YOUR REAL ESTATE LICENSE AT YOUR ARCADIA REAL ESTATE SCHOOL

The C.O.R.E. offers the courses required to earn your California Real Estate Salesperson License and your NMLS Loan Originators License or both. Evening & weekend classes are available as **live instruction** or **self-paced education**.

Launch your real estate career for less than the cost of your mobile phone!

Call **(888) 512-C.O.R.E.** to enroll.

COURSE CATALOG

Design Your Lifestyle

Break free from the vicious cycle of working hard and not what you deserve. Launch a career limited only by how much work you are willing to put into it. Complete all required courses to earn ... au of Real Estate Salesperson

Double Major (2 Licenses)

**SAVE OVER 35%** when you bundle both the California Real Estate Salesperson and Mortgage Broker NMLS Certification course. Pay one low tuition fee and complete both courses in one convenient location!

School Calendar

https://collegeofrealestate.net/arcadia-real-estate-school/#

# GET YOUR REAL ESTATE LICENSE AT YOUR HOLLYWOOD REAL ESTATE SCHOOL

The CORE offers the courses required to earn your California Real Estate Salesperson License and your NMLS Loan Originators License or both. Evening & weekend classes are available as **live instruction** or **self-paced education**.

Launch your real estate career for less than the cost of your mobile phone!

Call **(888) 512-C.O.R.E.** to enroll.

COURSE CATALOG

## Design Your Lifestyle

Break free from the vicious cycle of working hard and not what you deserve. Launch a career limited only by how much work you are willing to put into it. Complete all required courses to earn your California Bureau of Real Estate Salesperson License with us!

## Double Major (2 Licenses)

**SAVE OVER 35%** when you bundle both the California Real Estate Salesperson and Mortgage Broker NMLS Certification course. Pay one low tuition fee and complete both courses in one convenient location!

## School Calendar

The Calendar allows instructors and students to keep track of the course offerings, final exam dates, and special events such as Mobile Live Scan and Graduations.

classes are available as **live instruction** or **self-paced education**.

Launch your real estate career for less than the cost of your mobile phone!

Call **(888) 512-CORE** to enroll.

COURSE CATALOG

## Design Your Lifestyle

Break free from the vicious cycle of working hard and not what you deserve. Launch a career limited only by how much work you are willing to put into it. Complete all required courses to earn your California Bureau of Real Estate Salesperson License with us!

## Double Major (2 Licenses)

**SAVE OVER 35%** when you bundle both the California Real Estate Salesperson and Mortgage Broker NMLS Certification course. Pay one low tuition fee and complete both courses in one convenient location!

## School Calendar

The Calendar allows instructors and students to keep track of the course offerings, final exam

https://collegeofrealestate.net/sierra-madre-real-estate-school/

# GET YOUR REAL ESTATE LICENSE AT YOUR SIERRA MADRE REAL ESTATE SCHOOL

The CORE offers the courses required to earn your California Real Estate Salesperson License and your NMLS Loan Originators License or both. Evening & weekend classes are available as **live instruction** or **self-paced education**.

Launch your real estate career for less than the cost of your mobile phone!

Call **(888) 512-CORE** to enroll.

COURSE CATALOG

## Design Your Lifestyle

Break free from the vicious cycle of working hard and not what you deserve. Launch a career limited only by how much work you are willing to put into it. Complete all required courses to earn your California Bureau of Real Estate Salesperson License with us!

## Double Major (2 Licenses)

**SAVE OVER 35%** when you bundle both the California Real Estate Salesperson and Mortgage Broker NMLS Certification course. Pay one low tuition fee and complete both courses in one convenient location!

## School Calendar

The Calendar allows instructors and students to keep track of the course offerings, final exam dates, and special events such as Mobile Live Scan and Graduations.

https://collegeofrealestate.net/sierra-madre-real-estate-school/#

All Images Maps Shopping More Settings Tools

Page 2 of about 19 results (0,64 seconds)

Original Doublemint Twins Related Keywords & Suggestions - Original ...
www.keywordbasket.com/b3JpZ2luYWwgZG91YmxlbWludCB0d2lucw/
300 × 384 - These are top keywords linked to the term "Original **Doublemint Twins**". **doublemint twins** names ... **Vintage** Magazine Ad 2005 Wrigley's Gum Doublemint And ...

List of Synonyms and Antonyms of the Word: original doublemint twins
canacopegdl.com/keyword/original-doublemint-twins.html
300 × 384 - List of Synonyms and Antonyms of the Word: original **doublemint twins**. ... **Vintage** Magazine Ad 2005 ~ Wrigley's Gum ~ Doublemint and ... 1950s-60s Wrigley's ...

Doublemint-Major2 | The CORE - real estate license
collegeofrealestate.net/doublemint-major2/
500 × 375 - **Doublemint**-Major2. QUICK LINKS. Is a Career in Real Estate Right for You? How to get your California Real Estate License · Courses. CONTACT US.

Doublemint Twins 6270 | MOVIEWEB
www.movieweb.me/doublemint-twins.html
300 × 384 - **Doublemint Twins. Doublemint Twins.** Other Post: Wallpaper Of City · Miranda Cosgrove High Resolution · Josh Duhamel · Jude Law · Naruto · Rings · Milla ...

Image Gallery spearmint twins - keywordsuggest.org
keywordsuggest.org/gallery/521668.html
300 × 384 - spearmint twins - Related Image & Keywords Suggestions ... **doublemint twins** stacy and tracy; spearmint twins how old now; **doublemint twins; doublemint twins** ...

Make $100,000 a Year | Sierra Madre Real Estate School | The CORE
https://collegeofrealestate.net/sierra-madre-real-estate-school/
500 × 375 - Complete the courses to get your Real Estate License at the College of Real Estate in 16 weeks for less than the cost of an Iphone! Live classes enrolling now.

Make $100,000 a Year | Pasadena Real Estate School | The CORE
https://collegeofrealestate.net/hollywood-real-estate-school/
500 × 375 - Complete the courses to get your Real Estate License at the College of Real Estate in 16 weeks for less than the cost of an Iphone! Live classes enrolling now.

Make $100,000 a Year | Pasadena Real Estate School | The CORE
https://collegeofrealestate.net/altadena-real-estate-school/
500 × 375 - Complete the courses to get your Real Estate License at the College of Real Estate in 16 weeks for less than the cost of an Iphone! Live classes enrolling now.

Make $100,000 a Year | Arcadia Real Estate School | The CORE
https://collegeofrealestate.net/arcadia-real-estate-school/
500 × 375 - Complete the courses to get your Real Estate License at the College of Real Estate in 16 weeks for less than the cost of an Iphone! Live classes enrolling now.

Make $100,000 a Year | Glendale Real Estate School | The CORE
https://collegeofrealestate.net/glendale-real-estate-school/
500 × 375 - Complete the courses to get your Real Estate License at the College of Real Estate in 16 weeks for less than the cost of an Iphone! Live classes enrolling now.

Previous 1 2

Germany · **10999, Berlin** - From your Internet address - Use precise location - Learn more

Help Send feedback Privacy Terms

https://collegeofrealestate.net/wp-content/uploads/2017/04/Doublemint-Major2.jpg

Sign up for the November 2018 session ENROLL TODAY

# Doublemint-Major2

## QUICK LINKS

- Is a Career in Real Estate Right for You?
- How to get your California Real Estate License
- Courses

## CONTACT US

**Email** info@collegeofrealestate.net
**Phone Number** (888) 512-CORE

Copyright © The College of Real Estate

Terms & Conditions Privacy Policy



Sign up for the November 2018 session
**ENROLL TODAY (http://collegeofrealestate.net/product/live-real-estate-agent-course-crash-course-combo/)**

(http://collegeofrealestate.net/)

HOME (HTTPS://COLLEGEOFREALESTATE.NET/) ABOUT (HTTPS://COLLEGEOFREALESTATE.NET/ABOUT-US/)

COURSES (HTTPS://COLLEGEOFREALESTATE.NET/COURSES/)

CALENDAR (HTTPS://COLLEGEOFREALESTATE.NET/CALENDAR-2/) PHOTOS

BLOG (HTTPS://COLLEGEOFREALESTATE.NET/BLOG/)

(HTTPS://M.ME/COLLEGEOFREALESTATE)

0 items - $0.00

# Doublemint-Major2

(https://collegeofrealestate.net/wp-content/uploads/2017/04/Doublemint-Major2.jpg)

× Hi! We are thrilled at the possibility of you enrolling! How can we help you?

Barbara Konecny Not you?

Chat Now

## QUICK LINKS

Is a Career in Real Estate Right for You? (https://collegeofrealestate.net/real-estate-career





How to get your California Real Estate License (https://collegeofrealestate.net/how-to-get-your-california-real-estate-license/)
Courses (https://collegeofrealestate.net/courses/)

(mai(http(http(http(http(http ... Fcm2Huye9-
college-
of-
real-
estate)

## CONTACT US

**Email** info@collegeofrealestate.net (mailto:info@collegeofrealestate.net)
**Phone Number** (888) 512-CORE (tel:888-512-2673)

(http://collegeofrealestate.net/)

Copyright © The College of Real Estate

Terms & Conditions Privacy Policy (https://collegeofrealestate.net/privacy-policy/)

