JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KOUDIS, | Case No. 2:19-cv-04080-R-GJS |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| REAL ESTATE HEAVEN INTERNATIONAL, INC., | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **July 22, 2019** why this action should not be dismissed for lack of prosecution. On July 19, 2019, Plaintiff filed an Administrative Motion to Extend the Time to File Motion for Default Judgment (DE 17). On July 25, 2019, Plaintiff's request was denied (DE 18).

WHEREAS, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: July 30, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE