Richard M. Rosenthal, Esq. [State Bar No. 152759]
Valentina Kudryavtseva, Esq. [State Bar No. 290042]
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA. 90211
Tel:  (310) 474-3044
rckrsnthl@gmail.com

Attorneys for Defendant
Real Estate Heaven International, Inc.
dba The College of Real Estate

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| NICK KOUDIS, | **Case No.: 2:19-cv-04080-SVW-GJS** |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| v. | |
| REAL ESTATE HEAVEN INTERNATIONAL, INC. DBA THE COLLEGE OF REAL ESTATE, | Courtroom: 10A, 10th Floor<br>Judge: Hon. Stephen V. Wilson |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant Real Estate Heaven International, Inc. d/b/a The College of Real Estate certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. *See* C.D. Local Rule 7.1-1.

1. Nick Koudis;

2. Real Estate Heaven International, Inc. d/b/a The College of Real Estate;

3. Paul Argueta.

Dated: November 30, 2020              RICHARD M. ROSENTHAL, ESQ.

BY: */s/ Richard M. Rosenthal*
Richard M. Rosenthal, Esq.,
Valentina Kudryavtseva, Esq.
Attorneys for Defendant
Real Estate Heaven International, Inc. d/b/a
The College of Real Estate

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

On November 30, 2020, I served the foregoing documents described as:

NOTICE OF INTERESTED PARTIES

on all interested parties in this action by placing the true copies thereof in sealed envelopes, addressed as stated on the attached mailing list.

_ By Facsimile

_I caused copies of the above-identified document to be served by facsimile on the above-identified party(s) at the Fax numbers listed.

Executed on November 30, 2020, at Beverly Hills, CA.

x_ By Mail

 x  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, CA. in the ordinary course of business. I am aware that on motion of the party services, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 30, 2020, at Beverly Hills, CA.

x By E-mail: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent by e-mail to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on November 30, 2020, in Beverly Hills, CA.

_ By Personal Service - I caused to be delivered such envelope by hand to the addressee.

Executed on November 30, 2020, at Beverly Hills, CA.

 X  (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X  (Federal)   I declare that I am employed in the office or a member of the bar of this court at whole direction the service was made.

: */s/ Richard M. Rosenthal*
_____
     Richard M. Rosenthal

1

# SERVICE LIST

Jonah A. Grossbardt
SRIPLAW
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
Jonah.grossbardt@sriplaw.com


Attorneys for Plaintiff
Nick Koudis